United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SMITH,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>PEOPLE OF ALAMEDA COUNTY,<br><br>　　　　　Respondent. | Case No. 17-cv-03096-SI<br><br>**ORDER EXTENDING DEADLINE**<br><br>Re: Dkt. No. 3 |

Petitioner's request for an extension of the deadline to file his *in forma pauperis* application is GRANTED. Docket No. 3. Petitioner must file his completed and signed *in forma pauperis* application no later than **September 22, 2017**.

**IT IS SO ORDERED**.

Dated: July 7, 2017

_____
SUSAN ILLSTON
United States District Judge