UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SMITH,<br><br>   Petitioner,<br><br>  v.<br><br>PEOPLE OF ALAMEDA COUNTY,<br><br>   Respondent. | Case No. 17-cv-03096-SI<br><br>**JUDGMENT** |

This action is dismissed without prejudice to petitioner filing a new petition for writ of habeas corpus in this court after he obtains the necessary order from the United States Court of Appeals for the Ninth Circuit.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: January 26, 2018

_____
SUSAN ILLSTON
United States District Judge